UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA PEREZ, individually, and as successor in interest to the Estate of Daniel Perez,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, OFFICER IAN CHESSUM (ID #40895), and DOES 2-10,<br><br>Defendants. | CASE NO: CV17-06592 RGK (PJWx)<br>*Hon. R. Gary Klausner, Ctrm. 850, 8th Fl., Roybal*<br>*Mag. Patrick J. Walsh, Ctrm. 790, 7th Fl., Roybal*<br><br>**[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT AND IAN CHESSUM AFTER RULING ON MOTION FOR SUMMARY JUDGMENT**<br><br>**[Fed.R.Civ.Proc. 56]** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Having considered the Motion for Summary Judgment filed by Defendants CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT and IAN CHESSUM ("LAPD Defendants") and the evidence presented in support thereof, the Court GRANTED the LAPD Defendants' Motion for Summary Judgment in its entirety on

October 1, 2018. [Doc. 61].

It is now therefore **ORDERED, ADJUDGED AND DECREED** that Defendants City of Los Angeles, Los Angeles Police Department and Ian Chessum are entitled to judgment in their favor and against Plaintiff Veronica Perez, that Plaintiff Veronica Perez have and recover nothing by reason of each and all of the claims set forth in her First Amended Complaint against Defendants City of Los Angeles, Los Angeles Police Department and Ian Chessum, and that Defendants City of Los Angeles, Los Angeles Police Department and Ian Chessum shall recover costs in accordance with Local Rule 54.

**IT IS SO ORDERED.**

**DATED: October 10, 2018**

*/s/ Gary Klausner*
**HONORABLE R. GARY KLAUSNER**
**UNITED STATES DISTRICT JUDGE**